NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

NVIDIA CORPORATION,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee.*

and

RAMBUS INC.,
*Intervenor.*

---

2010-1557

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

## ON MOTION

---

## ORDER

Upon consideration of the unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

<u>NOV   1 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: I. Neel Chatterjee, Esq.
Paul M. Bartkowski, Esq.
J. Michael Jakes, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 1 2010

JAN HORBALY
CLERK